IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CHARLOTTE MUHA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>TRANS UNION LLC,<br><br>Defendant. | Case No.: 20-cv-591<br><br>Hon. Pamela Pepper |

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Charlotte Muha ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Trans Union, without an award of fees or costs to any party.

Dated: March 17, 2023                                         Respectfully submitted by:

By: */s/ Jesse Fruchter (by permission)*            By: */s/ Michael O'Neil*

Shpetim Ademi
Ben J. Slatky
Jesse Fruchter
John D. Blythin
**ADEMI LLP**
3620 East Layton Ave
Cudahy, Wisconsin 53110
sademi@ademilaw.com
bslatky@ademilaw.com
jfruchter@ademilaw.com
jblythin@ademilaw.com

*Counsel for Plaintiff Charlotte Muha*

Michael O'Neil *(Pro Hac Vice)*
Michael B. Galibois
Albert E. Hartmann
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
michael.oneil@reedsmith.com
mgalibois@reedsmith.com
ahartmann@reedsmith.com

*Counsel for Defendant Trans Union LLC*